UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-23985-CIV-MARTINEZ/AOR
(Case No. 18-20270-CR-MARTINEZ)

KYUQ SIK KIM

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    **THE MATTER** was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge for a Report and Recommendation ("R&R") on the Motion to Vacate to Pursuant to 28 U.S.C. Section 2255 filed by Kyuq Sik Kim (DE 7). Magistrate Judge Otazo-Reyes filed an R&R concluding that Movant's claims of ineffective assistance of counsel do not meet the standards for federal habeas relief and recommending that Petition be denied. (DE 25). Neither party filed objections. The Court having reviewed the R&R and record in this case *de novo*, it is hereby

    **ORDERED AND ADJUDGED** that United States Magistrate Judge Otazo-Reyes' Report and Recommendation (DE 25) is **AFFIRMED** and **ADOPTED**. The Motion is **DENIED**. The Clerk is directed to mark this case **CLOSED**. No Certificate of Appealability shall issue.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of February, 2021.

                                                            _____
                                                            JOSE E. MARTINEZ
                                                            UNITED STATES DISTRICT JUDGE